1  GRANT L. KIM (SBN 114989)
   GREGORY A. CALL (SBN 227588)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: gkim@mofo.com
5         gcall@mofo.com

6  Attorneys for Defendants
   TAEKMAN OH, YOUNG KIM, VISION ON CHIP,
7  GBY INTERNATIONAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINEYARD TECHNOLOGIES, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> TAEKMAN OH, an individual, YOUNG KIM, an individual, VISION ON CHIP, a corporation, and GBY INTERNATIONAL GROUP, a corporation,, <br><br> Defendant(s). | Case No.   C-06-2303-MHP <br><br> **JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND FOR INITIAL DISCLOSURES** |

JOINT STIP EXTENDING TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCLOSURES
NO. 06-2303 MHP
sf-2118080

1  WHEREAS, on March 31, 2006 plaintiff Vineyard Technologies, Inc. filed a complaint against defendants Taek Man Oh, Young Kim, Vision on Chip, and GBY International Group ("Defendants");

4  WHEREAS, the parties, by and through their respective attorneys, have agreed that Defendants may have a short extension of time in which they may plead or otherwise respond to plaintiff's complaint;

7  WHEREAS, the parties, by and through their respective attorneys, have agreed that all parties may have a short extension of time to produce their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1);

10  NOW THEREFORE, It is hereby stipulated by and between the parties, through their respective attorneys, that the time by which Defendants may plead or otherwise respond to the complaint shall be extended to and including May 5, 2006, and that the time by which all parties shall produce their initial disclosures shall be May 5, 2006.

Dated:  April 24, 2006

GRANT L. KIM
GREGORY A. CALL
MORRISON & FOERSTER LLP
By: /s/ Grant L. Kim
        Grant L. Kim

Attorneys for Defendants

Dated:  April 24, 2006

TYLER M. PAETKAU
NICOLE M. NORRIS
WINSTON & STRAWN LLP

By: /s/ Tyler M. Paetkau
        Tyler M. Paetkau

Attorneys for Plaintiff

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Grant L. Kim, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time to Respond to the Complaint.  In compliance with General Order 45 X.B., I hereby attest that Tyler M. Paetkau has concurred in this filing.

Dated:  April 24, 2006                              MORRISON & FOERSTER LLP


By:  /s/ Grant L. Kim
        Grant L. Kim

Attorneys for Defendants

JOINT STIP EXTENDING TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCLOSURES
NO. 06-2303 MHP
sf-2118080

2