1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

VINEYARD TECHNOLOGIES, INC., a California corporation,

Case No.    C-06-2303-MHP

13

14

Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

v.

15

TAEK MAN OH, an individual, VISION ON CHIP, a corporation, and YOUNG KIM, an individual, d/b/a GBY INTERNATIONAL GROUP,

**[Fed.R.Civ. Proc. 41(a)(1)]**

16

Honorable Marilyn Hall Patel

17

Defendant(s).

18

19

TAEK MAN OH, an individual, and VISION ON CHIP, a corporation,

20

21

Counterclaimants,

v.

22

VINEYARD TECHNOLOGIES, INC., a California corporation, and JUN KIM, an individual,

23

24

Counterdefendants.

25

26

27

28

1       Plaintiff and Counter-Defendant Vineyard Technologies, Inc., Counter-Defendant Jun

2  Kim, Defendants and Counter-Claimants Taek Man Oh and Vision On Chip Co., Ltd, and

3  Defendant Young Kim d/b/a GBY International Group (collectively, the "Parties") hereby

4  stipulate and agree as follows pursuant to a Settlement Agreement among the Parties:

5      1.    The Parties hereby stipulate to dismissal with prejudice of all of the claims and

6  counterclaims the Parties have brought in the above-captioned action.

7      2.    Each Party will bear its own costs and attorneys' fees in this action.

8

9  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

10

11  Dated: September 12, 2006      TYLER M. PAETKAU

12                      NICOLE M. NORRIS
                         WINSTON & STRAWN LLP

13

14                      By:   /s/ Tyler M. Paetkau
                              Tyler M. Paetkau

15                          Attorneys for Plaintiff and

16                          Counterdefendant VINEYARD
                          TECHNOLOGIES, INC. and

17                          Counterdefendant JUN KIM

18  Dated: September 12, 2006      GRANT L. KIM

19                        GREGORY A. CALL
                         MORRISON & FOERSTER LLP

20

21                      By:   /s/ Grant L. Kim
                              Grant L. Kim

22                          Attorneys for Defendants and

23                          Counterclaimants TAEK MAN OH and
                          VISION ON CHIP

24

25

26

27

28

1   Dated: September 13, 2006                PHILLIP F. SHINN
                                             ANN J. LEE
2                                            THORNTON, TAYLOR, BECKER AND SHINN

3

4                                            By:  _/s/ Phillip F. Shinn_____
                                                   Phillip F. Shinn

5                                            Attorneys for Defendant

6                                            YOUNG KIM d/b/a GBY
                                             INTERNATIONAL GROUP

7

8

9

10                                           **ORDER**

11  **IT IS SO ORDERED.**

12  Dated: __September 20__, 2006

13

14  THE HON                                              TE
    UNITED S                                             DGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL
CASE NO.  C-06-2303-MHP                    2
sf-2186529

1

**GENERAL ORDER 45 ATTESTATION**

2      I, Grant L. Kim, am the ECF User whose ID and password are being used to file the

3   Stipulation and Order of Dismissal with Prejudice.  In compliance with General Order 45, X.B., I

4   hereby attest that Tyler M. Paetkau and Phillip F. Shinn have concurred in this filing.

5

6                                        /s/ Grant L. Kim
                                        Grant L. Kim

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28